**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| ROBERT THEODORE KINNUNE,<br><br>                  Plaintiff,<br>  v.<br><br>STATE OF WASHINGTON,<br>WASHINGTON STATE DEPARTMENT OF<br>SOCIAL AND HEALTH SERVICES,<br><br>                  Defendant. | NO. 3:23-cv-5020<br><br>NOTICE OF REMOVAL TO<br>FEDERAL COURT<br><br>**(CLERK'S ACTION**<br>**REQUIRED)** |

TO:    THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendants, STATE OF WASHINGTON d/b/a Dearptment of Social and Health Services, hereby removes to this court the state court action described below.

1.      This case alleges a violation 38 U.S.C. §§ 4301-4333 (The Uniform Services Employment and Reemployment Rights Act of 1994; USERRA) and the Washington Law Against Discrimination.

2.      On November 16, 2022, a Complaint was filed in the Superior Court of Washington for Thurston County, Case No. 22-2-03157-34, entitled ROBERT THEODORE KINNUNE, Plaintiff, vs. STATE OF WASHINGTON d/b/a Department of Social and Health Services, Defendants.

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA  98504-0126
(360) 586-6300

3.     This Complaint was served upon the Defendant STATE OF WASHINGTON d/b/a Department of Social and Health Services on December 14, 2022. This Notice of Removal is being filed within 30 days of the service of the Complaint on the State of Washington an action under USERRA, 38 U.S.C. §§ 4301-4333, against the above-named defendants.

## INTRADISTRICT ASSIGNMENT

4.     United States District Courts "have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

5.     Plaintiffs allege that Defendants violated their rights as guaranteed under laws of the United States.

6.     This court has original jurisdiction of this civil action under 28 U.S.C. § 1331 and § 1343. This action is one which may be removed to this court by Defendants pursuant to 28 U.S.C. § 1441(b), in that it is founded on a claim or right arising under federal law. This court also has supplemental jurisdiction over any state claim pursuant to 28 U.S.C. § 1367.

7.     The Western District is an appropriate venue for removal as the judicial district that embraces the place in which the action is pending; Venue is also appropriate in the Eastern District of Washington, and Defendant reserves the right to file a motion to change venue thereto.

## RESERVES AND IMMUNITY

8.     Defendants reserve all rights and defenses, and this notice is made without waiving any defenses Defendants may have in response to this lawsuit.

## SUPPORTING DOCUMENTS

9.     In compliance with 28 U.S.C. § 1446(a) and RCW 4.14.020, Defendants will file

//

//

//

NOTICE OF REMOVAL TO
FEDERAL COURT

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA  98504-0126
(360) 586-6300

copies of all process, pleadings and orders served upon it in this case within the twenty (20) day deadline and with the appropriate verification of authenticity.

DATED this 6th day of January 2023.

ROBERT W. FERGUSON
Attorney General

/s/ Brian J. Baker
BRIAN J. BAKER, WSBA No. 54491
Assistant Attorney General
PO Box 40126
Olympia WA  98504-0126
Telephone: (360) 586-6351; Fax: (360) 586-6655
E-mail: Brian.Baker@atg.wa.gov
Attorney for Defendant

NOTICE OF REMOVAL TO
FEDERAL COURT

3

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA  98504-0126
(360) 586-6300

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of February, 2023, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

James W. Beck
Janelle E. Chase Fazio
Eric D. Gilman
Beck Chase Gilman PLLC
705 S. Ninth Street, Suite 305
Tacoma, WA 98405
(253) 289-5104
James@bcglawyers.com
Janelle@bcglawyers.com
Eric@bcglawyers.com

DATED this 6th day of January 2023.

ROBERT W. FERGUSON
Attorney General

/s/ Brian J. Baker
BRIAN J. BAKER, WSBA No. 54491
Assistant Attorney General
PO Box 40126
Olympia WA  98504-0126
Telephone: (360) 586-6351; Fax: (360) 586-6655
E-mail: Brian.Baker@atg.wa.gov
Attorney for Defendant

NOTICE OF REMOVAL TO
FEDERAL COURT

4

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA  98504-0126
(360) 586-6300